UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES ) <br> DISTRICT COUNCIL NO. 35, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H.W. ELLIS, INC., ) <br> ) <br> Defendant. ) | C.A. No. |

COMPLAINT

1. This is an action to enforce a labor arbitration award pursuant to §301 of the Labor Management Relations Act (the "Act"), 29 U.S.C. §185. This Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1337.

2. Plaintiff, Painters and Allied Trades District Council No. 35, is a labor organization within the meaning of 29 U.S.C. §152(5) and is the duly authorized collective bargaining representative of painters and allied trades employed in Massachusetts, Maine, New Hampshire and Vermont. Plaintiff's principal office is located at 25 Colgate Road, Roslindale, Massachusetts, 02131.

3. Defendant, H.W. Ellis, Inc. is an employer within the meaning of 29 U.S.C. §152(2) and §185, and has its principal place of business at Cumberland, Rhode Island.

4. Plaintiff and Defendant are parties to a collective bargaining agreement (the "Agreement") that is a contract within the meaning of 29 U.S.C. §185(a) and that, among other things, provides for arbitration of disputes arising under the Agreement.


5. Plaintiff invoked the grievance and arbitration provision of the Agreement and submitted to arbitration a dispute with Defendant that had arisen under the Agreement. Plaintiff alleged that Defendant had failed to make contractually-required contributions to various fringe benefit funds (the "Funds") created for the benefit of Plaintiff's members, in violation of Article IX, Section 3 of the Agreement, a contract to which the Defendant is a signatory.

6. The parties' Agreement provides that the New England Painting, Finishing & Glazing Industries DC 35 Joint Trade Board ("Joint Trade Board") is authorized to hear and adjudicate "all questions of interpretation of this agreement and all grievances and complaints" against members of either party to the Agreement, or independent signatory employers, for alleged violations of the Agreement.

7. The Joint Trade Board is made up of representatives from both Painters and Allied Trades District Council No. 35 and the Painters and Finishing Employers Association of New England, Inc. ("Contractors Association").

8. The Agreement mandates that the Joint Trade Board's decisions are "final and binding" on the parties, including any independent signatory.

9. A hearing was held before the Joint Trade Board in Roslindale, Massachusetts on October 20, 2009. At that hearing, Heather Palmacci, of the Funds office, appeared and presented evidence of the Defendant's delinquency in payments to the Funds. Despite have been sent prior written notice of the hearing, no representative of the Defendant appeared.

10. The Joint Trade Board voted that the Defendant be given ten days to pay the balance due ($216,368.30), which includes a liquidated damages penalty of 20% and an administrative fee of $200 as authorized by the parties' Agreement. The Board informed the Defendant of its decision in a letter dated October 23, 2009, a copy of which is attached as Exhibit A.

11. To date and without any lawful justification, Defendant has refused to comply with the Joint Trade Board's Award or to remit any of the overdue amount.

12. Defendant failed to remit payment or to file an action to vacate the arbitration award within thirty (30) days of its receipt.

WHEREFORE, Plaintiff respectfully requests that, with respect to Defendant H.W. Ellis, Inc., judgment be entered:

A. Ordering Defendant to comply with the Joint Trade Board's Award to pay the amount of $216,368.30, together with pre-judgment interest from ten (10) days after the receipt of the Award;

B. Ordering Defendant to pay Plaintiff's costs and attorney's fees for bringing this action, as provided in the collective bargaining agreement and the Award; and

C. Awarding such other and further relief as may be just and proper.

Dated: November 30, 2009

Plaintiff,
Painters and Allied Trades District Council No. 35,
By its attorney,


 /s/ Christopher N. Souris
Christopher Souris, BBO No. 556343
csouris@krakowsouris.com
Alex Sugerman-Brozan, BBO No. 650980
alex@krakowsouris.com
KRAKOW & SOURIS, LLC
225 Friend Street, 5th Floor
Boston, MA 02114
(617) 723-8440
(617) 723-8443 (Fax)

3