UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35, <br><br> Plaintiff, <br><br> v. <br><br> H.W. ELLIS, INC., <br><br> Defendant. | C.A. No. 09-12039-GAO |

## JUDGMENT

**O'TOOLE, D.J.**

Upon application of the Plaintiff, with the assent of the Defendant, it is hereby ORDERED, ADJUDGED AND DECREED:

That Judgment enters in favor of the Plaintiff and against the Defendant;

That the Award of the Joint Trade Board dated May 18, 2010 and attached to the First Amended Complaint as Exhibit B is valid, confirmed, and enforced in full;

That the Defendant pay to the Plaintiff the principal amount of $333,030.01, together with $9,027.50 in attorneys fees and $350 in costs, for a total of $9,377.50; and

That the Defendant produce to the Plaintiff all of the documents specified in Article IX, Section 8 of the parties' agreement for the year 2009 that are within its possession, custody or control.

Dated: 2/3/11

By the Court,

[signature]